1

2

3

4

5

6

7

8

9

10



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  SOVEREIGN VENTURES INC.,                )    CASE NO. CV 13-488 UA (DUTYx)
                                                          )
12                          Plaintiff,               )
                                                          )    ORDER SUMMARILY REMANDING
13              vs.                                  )    IMPROPERLY-REMOVED ACTION
                                                          )
14                                                    )
    SONJA POHL, et al.,                        )
15                                                    )
                            Defendants.          )
16  _____)

17

18      The Court remands this unlawful detainer action to state court summarily because defendant

19  Sonja Pohl removed it improperly.

20      Having been sued in what appears to be a routine unlawful detainer action in California state

21  court, defendant lodged a Notice of Removal of that action to this Court and also presented an

22  application to proceed without prepayment of the filing fee. The Court denied the latter application in

23  a separate order because the action was not properly removed. To prevent the action from remaining in

24  jurisdictional limbo, the Court issues this order to remand the action to state court.

25      Plaintiff could not have brought this action in federal court in the first place, and defendant does

26  not competently allege facts supplying either diversity or federal-question jurisdiction.  See 28 U.S.C.

27  § 1441(a).  Therefore, defendant has not met his or her burden to establish that removal is proper. See

28  Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Tr. for S. Cal., 463 U.S. 1, 8-10 (1983);

1   <u>Hunter v. Philip Morris USA</u>, 582 F.3d 1039, 1042-1043 (9th Cir. 2009).

2   Defendant is notified and warned that any subsequent attempts to remove the underlying state

3   unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the

4   Court may address by way of punitive remedial measures, which may include having defendant

5   designated as a vexatious litigant and barred from commencing any further removal actions with respect

6   to the underlying state unlawful detainer action.

7   Accordingly, this matter is **remanded** to the Superior Court of California for the County of Los

8   Angeles, 505 South Centre Street, San Pedro, California 90731, for lack of subject matter jurisdiction

9   pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order to the state

10   court and to serve copies of this order on the parties.

12   **IT IS SO ORDERED.**

14   DATED: _____5/3/_____, 2013

18   GEORGE H. KING
    CHIEF DISTRICT JUDGE

Page 2